IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDINSON ALFONSO GARCIA ZAMBRANO** | **CIVIL ACTION** |
| v. | **No. 26-0760** |
| **JAMAL L. JAMISON,** *et al.* | |

## ORDER

**AND NOW**, this 10th day of February, 2026, upon consideration of the petition for a writ of habeas corpus, and the answer and response thereto, it is hereby **ORDERED**:

1. The petition (ECF 1) is **GRANTED** for the reasons in the accompanying memorandum.

2. Respondents shall immediately **RELEASE** Garcia Zambrano from custody and certify compliance with this Order by a filing on the docket on February 11, 2026, regarding Garcia Zambrano's custody status.

3. Respondents are **ENJOINED** for a period of seven days following Garcia Zambrano's release from custody pursuant to this order from detaining Garcia Zambrano based on the same putative legal bases for his present arrest and detention, which is to say under 8 U.S.C. §§ 1225 or 1226.[1]

---

[1] Garcia Zambrano is not subject to mandatory detention under 8 U.S.C. § 1225. If Garcia Zambrano is not released from custody because he is otherwise detained, for instance on a criminal or civil commitment, then the seven-day period begins on the date of the lifting of detainers related to his immigration detention under §§ 1225 and 1226.

4.   If the government seeks to detain Garcia Zambrano after the period of seven days has elapsed, it must provide him with a bond hearing within 48 hours of his detention. If no bond hearing is provided within 48 hours, Garcia Zambrano's remedy will recur.

**BY THE COURT**:

s/ Catherine Henry

**CATHERINE HENRY, J.**